**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFREY HILL, ET AL.** | **CIVIL ACTION NO.   19-499-BAJ-RLB** |
| **VERSUS** | **JUDGE: BRIAN A. JACKSON** |
| **AUTO-OWNERS INSURANCE COMPANY, ET AL.** | **MAG. JUDGE: RICHARD L. BOURGEOIS, JR.** |

### DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES AND MOTION FOR LEAVE TO TAKE DEPOSITIONS OUTSIDE OF DISCOVERY PERIOD

**NOW INTO COURT**, through undersigned counsel come Defendants, Auto-Owners Insurance Company; TLK Transportation, LLC; and Daniel Taylor (collectively referenced herein as "Defendants"), who pursuant to Fed. R. Civ. P. R. 37, for an order compelling Plaintiffs, Jeffrey Hill and Derrick Stampley, to provide complete responses to Defendants' Interrogatories and Requests for Production of Documents propounded on Plaintiffs, through its attorney of record, on June 8, 2020 (the "Discovery Requests"). Additionally, Defendants respectfully move this Court, for an order granting them leave to conduct limited fact discovery, including depositions and Independent Medical Examinations after the current October 13, 2020 discovery deadline. Finally, Defendants seek expenses incurred in making this motion, including attorney's fees.

Despite being afforded a previous extension of the discovery deadlines for the primary purpose of completing the aforementioned discovery that is the subject of this motion, Plaintiffs have still yet to provide discovery responses, months after the discovery requests were propounded.  As set forth more fully in the attached memorandum in

1

support, despite several attempts to communicate with Plaintiffs' counsel, counsel failed and/or refused to respond to the Discovery Requests and has made no efforts with Defendants to schedule the depositions of his clients.

WHEREFORE, for the reasons set forth in the attached memorandum, Defendants pray that this Court issue an order compelling Plaintiffs to immediately provide complete responses to the Discovery Requests. Defendants further pray for an Order of this Court granting it leave to conduct limited discovery, including depositions as well as any reasonable follow-up thereto and Plaintiffs' IMEs after the current October 13, 2020 fact discovery deadline. Finally, Defendants pray for reasonable expenses incurred in making this motion, including attorney's fees.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Kellen J. Mathews*
Chris A. D'Amour (#26252)
Kellen J. Mathews (#31860)
Taylor M. LeDuff (#39253)
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana  70801
Telephone:  (225) 336-5200
Facsimile:   (225) 336-5220
chris.d'amour@arlaw.com
kellen.mathews@arlaw.com
taylor.leduff@arlaw.com

***ATTORNEYS FOR AUTO-OWNERS INSURANCE COMPANY,
TLK TRANSPORTATION, LLC
AND DANIEL TAYLOR***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon the following:

Benjamin T. Lowe
LAW OFFICES OF SPENCER H. CALAHAN, L.L.C.
827 St. Louis Street
Baton Rouge, LA 70802

( X )   CM/ECF            (   )   Prepaid U. S. Mail

(   )   Facsimile          (   )   Electronic Mail

(   )   Hand Delivery

Baton Rouge, Louisiana, this 7th day of October, 2020.

*/s/ Kellen J. Mathews*
Kellen J. Mathews