## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEFFREY HILL, ET AL.** | * | **CIVIL ACTION NO.   19-499-BAJ-RLB** |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **AUTO-OWNERS INSURANCE COMPANY, ET AL.** | * | **MAG. JUDGE: RICHARD L. BOURGEOIS, JR.** |
| | * | |

### RULE 37 CERTIFICATE
_____

Undersigned counsel for Defendants, Auto-Owners Insurance Company; TLK Transportation, LLC; and Daniel Taylor, certifies in good faith that movant has conferred or attempted to confer with counsel for Plaintiffs, Jeffrey Hill and Derrick Stampley, regarding the issues raised in this Motion to Compel Discovery Responses and Motion for Leave to Take Depositions Outside of Discovery Period as follows:

The parties conferred regarding the outstanding discovery responses that form the subject of the instant motion after this Court entered the order granting the motion for extension of discovery deadlines, and at that time Plaintiffs' counsel indicated that Plaintiffs would provide responses by the end of August, at the latest.

Having not received responses, on September 22, 2020, Defendants' counsel contacted Plaintiffs' counsel via email to request that discovery responses be sent by September 25, 2020 and to get dates for scheduling depositions before the approaching October 13, 2020 discovery deadline.

Receiving no response to the outstanding requests or the September 22, 2020 correspondence, undersigned counsel sent a follow-up e-mail on September 29, 2020,

and informed Plaintiffs' counsel that Defendants would soon file a discovery motion if responses were not forthcoming.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Kellen J. Mathews*

Chris A. D'Amour (#26252)
Kellen J. Mathews (#31860)
Taylor M. LeDuff (#39253)
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana  70801
Telephone:  (225) 336-5200
Facsimile:   (225) 336-5220
chris.d'amour@arlaw.com
kellen.mathews@arlaw.com
taylor.leduff@arlaw.com

***ATTORNEYS FOR AUTO-OWNERS INSURANCE COMPANY,
TLK TRANSPORTATION, LLC
AND DANIEL TAYLOR***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon the following:

Benjamin T. Lowe
LAW OFFICES OF SPENCER H. CALAHAN, L.L.C.
827 St. Louis Street
Baton Rouge, LA 70802

( X ) CM/ECF ( ) Prepaid U. S. Mail

( ) Facsimile ( ) Electronic Mail

( ) Hand Delivery

Baton Rouge, Louisiana, this 8th day of October, 2020.

*/s/ Kellen J. Mathews*