## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEFFREY HILL, ET AL.** | * | **CIVIL ACTION NO.   19-499-BAJ-RLB** |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **AUTO-OWNERS INSURANCE COMPANY, ET AL.** | * | **MAG. JUDGE: RICHARD L. BOURGEOIS, JR.** |
| | * | |

### *[PROPOSED]* ORDER
_____

Considering the Motion to Compel Discovery Responses and Motion for Leave to take Depositions Outside of Discovery Period filed by Defendants, Auto-Owners Insurance Company; TLK Transportation, LLC; and Daniel Taylor (collectively referenced herein as "Defendants"), and supporting memorandum and exhibits thereto:

It is **ORDERED** that the Motion to Compel Discovery Responses and Motion for Leave to take Depositions Outside of Discovery Period be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiffs, Jeffrey Hill and Derrick Stampley, shall provide complete responses to Defendants' Interrogatories and Requests for Production of Documents propounded on Plaintiffs, through their attorney of record, on June 8, 2020 (the "Discovery Requests") by _____ ____, 2020.

**IT IS FURTHER ORDERED** that Defendants, are hereby granted leave to conduct the limited discovery contemplated herein, including the aforementioned depositions and any reasonable follow-up discovery necessary, and Plaintiffs' IMEs after the current October 13, 2020 fact discovery deadline.

**IT IS FURTHER ORDERED** that Defendants are hereby awarded attorneys' fees and costs in connection with the Motion to Compel Discovery Responses and Motion for

Leave to take Depositions Outside of Discovery Period in an amount to be established by this Court.

Baton Rouge, Louisiana, this _____ day of _____, 2020.

_____
**JUDGE,
U.S. MIDDLE DISTRICT OF LOUISIANA**